```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 15643
   DENISE BROWN SAMPLE
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-8960


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/21/2005 and was confirmed 06/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED NOT I  NOT FILED            .00             .00
NATIONWIDE CASSEL          UNSECURED        1492.92            .00          149.29
NATIONWIDE CASSEL          SECURED           250.00            .00          250.00
ROBERT J ADAMS & ASSOC     PRIORITY       NOT FILED            .00             .00
ILLINOIS ATTORNEY GENERA   NOTICE ONLY    NOT FILED            .00             .00
CHILDRENS MEMORIAL HOSPI   UNSECURED      NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED          373.00           .00           37.30
ERIK A MARTIN & ASSOC      UNSECURED      NOT FILED            .00             .00
HARTGROVE HOSPITAL         UNSECURED      NOT FILED            .00             .00
HOUSEHOLD AUTO FINANCE     UNSECURED      NOT FILED            .00             .00
INGALLS MEMORIAL HOSPITA   UNSECURED      NOT FILED            .00             .00
NATIONWIDE COMMERCIAL LP   UNSECURED      NOT FILED            .00             .00
NICOR GAS                  UNSECURED          645.29           .00           64.53
ST MARGARETS HOSPITAL      UNSECURED      NOT FILED            .00             .00
STATE OF ILLINOIS          NOTICE ONLY    NOT FILED            .00             .00
STATE EMPLOYEES RETIREME   UNSECURED         4116.46           .00          411.65
ILLINOIS ATTORNEY GENERA   NOTICE ONLY    NOT FILED            .00             .00
OSI PORTFOLIO SERVICES     UNSECURED         1682.00           .00          168.20
ROBERT J ADAMS & ASSOC     REIMBURSEMENT     210.00            .00          210.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY     2,200.00                       2,200.00
TOM VAUGHN                 TRUSTEE                                          214.10
DEBTOR REFUND              REFUND                                            94.93

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 3,800.00

PRIORITY                                      210.00
SECURED                                       250.00
UNSECURED                                     830.97

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 15643 DENISE BROWN SAMPLE
```

```
ADMINISTRATIVE                                          2,200.00
TRUSTEE COMPENSATION                                      214.10
DEBTOR REFUND                                              94.93
                                   ---------------   ---------------
TOTALS                                    3,800.00         3,800.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 11/20/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE